August 19, 2014



# JUDGMENT

## The Fourteenth Court of Appeals

HELEN MAYFIELD, Appellant

NO. 14-12-00034-CV                    V.

THE EAGLE NEWSPAPER, HOLLY HUFFMAN, MATTHEW WATKINS,
AND JOHN P. BARNWELL, CEO OF
THE EVENING POST PUBLISHING CO., Appellees

_____

This cause, an appeal from the judgment in favor of appellees, The Eagle Newspaper, Holly Huffman, Matthew Watkins, and John P. Barnwell, CEO of the Evening Post Publishing Co., signed December 12, 2011, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We further order this decision certified below for observance.